

# HAZARD POLICE DEPARTMENT
## 200 MAIN STREET HAZARD, KY 41701

**To:** City Manager Tony Eversole

**From:** Deputy Chief Jessica Cornett

**Date:** 4/17/2024

**Re: Excessive use of force**

It was brought to my attention that Chief Darren Williams may have used excessive force on a subject on March 30th, 2024. To my knowledge there was a road rage incident and the victim called Chief Williams directly. Chief Williams responded to the house of the alleged perpetrator. Sometime while on scene Chief Williams choked Billy Fugate and then had officers arrest him. This incident has not been investigated by our department and is being relayed to the City Manager due to him being the immediate supervisor of the Chief of Police. This is the second time Chief Williams has been accused of choking a subject while working at the Hazard Police Department.

Thank you,

*[signature]*

Deputy Chief Jessica Cornett

EXHIBIT 1