# HR FORM 19 – DISCIPLINARY FORM

Employee _Jessica Cornett_  Date _4-19-24_

Department Head _Darren Williams_  Position _Chief_

Type of Warning  ___ Oral Warning  ___ First Written Warning

___ Second Written Warning  _X_ Suspension/Demotion

Problem _insubordination, failure to follow orders, cursing and abusing subordinates,_

Recommended Action to Correct Problem _Demotion to her original position which was ~~Lieutenant~~ Captain_

My signature indicates I have been informed of a problem with my performance on the job and that I understand the recommended action which should be taken to correct my behavior.

Employee Signature  Date _4-19-24_

Department Head Signature  Date _4-19-24_

City Manager Signature  Date

Failure to correct this behavior will result in further progressive discipline up to and including termination of your employment.


EXHIBIT 2