

**Reprimand/Counseling Memorandum**



*City Manager*

**TO:   Hazard** ~~Police Department Chief of Police~~

**FROM:** Darrel Williams

**DATE:** 5-30-24

**SUBJECT: Reprimand/Counseling**

a. Employee's name: _Jessica Cornett_

b. Date: _5-24-24_

c. Reason for reprimand/counseling:

~~_____~~ Captain Cornett came to our BBQ event while off on sick leave. She did not appear to be ill.

**EXHIBIT**

**3**

d.  Employee's suggestions for improvement:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

e.  Supervisor's suggestions for improvement:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

f.  Supervisor's name: _Darred Williams_ signature _____

STATEMENT OF ACKNOWLEDGEMENT

I _____ acknowledge that I have today received counseling that I have been advised of the following rights:

1. That a written record of reprimand/counseling shall be maintained;
2. That the employee had a right to review the record and respond in writing;
3. That the form shall become part of the personnel file;
4. That the employee is required to acknowledge the reprimand/counseling by signing this record.


g. Employee signature: _____



**Reprimand/Counseling Memorandum**



**TO:** Hazard ~~Police Department Chief of Police~~ _city Manager_

**FROM:** Denea Williams

**DATE:** 6-1-24

**SUBJECT: Reprimand/Counseling**

a. Employee's name: _Jessica Cornett_

b. Date: _6-1-24_

c. Reason for reprimand/counseling:

Captain Cornett has violated Hazard city policy; use of city property, equipment, time, and personnel. She has used city property while on duty as a HPD officer to hire people, issue equipment and ID badges as part of her other job working as a FEMA contractor. She had so much of their equipment here at one time that I had to order her to remove it. She has been doing this for approx. 2 years

d. Employee's suggestions for improvement:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

e. Supervisor's suggestions for improvement:

Captain Cornett continues to make mistakes and doesn't seem to want to work. I recommend she be fired.

f. Supervisor's name: Darren Williams   signature _____



**Reprimand/Counseling Memorandum**



city manager

**TO:   Hazard ~~Police Department Chief of Police~~**

**FROM:** Darren Williams

**DATE:** 6-13-24

**SUBJECT: Reprimand/Counseling**

a.  Employee's name: Jessica Cornett

b.  Date: 6-13-24

c.  Reason for reprimand/counseling:

Last year, approx 6-28-23, I recovered a counterfeit $100 bill. I gave it to Capt Cornett. She was to open a case and place the bill into evidence Yesterday, 6-12-24, I found it on her desk. She failed to open a case or place the bill into evidence.

d. Employee's suggestions for improvement:

e. Supervisor's suggestions for improvement:

Captain Cornett failed to perform her duties
by mishandling evidence and not opening a case as
required. I recommend she be Fired.

Dalton Williams

f. Supervisor's name: _____ signature _____

STATEMENT OF ACKNOWLEDGEMENT

I _____ acknowledge that I have today received counseling that I have been advised of the following rights:

1. That a written record of reprimand/counseling shall be maintained;
2. That the employee had a right to review the record and respond in writing;
3. That the form shall become part of the personnel file;
4. That the employee is required to acknowledge the reprimand/counseling by signing this record.

g. Employee signature: _____



**Reprimand/Counseling Memorandum**



TO: ~~Hazard Police Department Chief of Police~~ City manager Tony Eversole

FROM: Darren Williams

DATE: 6-30-24

SUBJECT: Reprimand/Counseling

a. Employee's name: Jessica Cornett

b. Date: 6-30-24

c. Reason for reprimand/counseling:

Captain Jessica Cornett failed to show up
for work on 6-28-24, 6-29-24, and 6-30-24, without
giving any notice, calling in, or letting anyone know
she was taking off. On 6-30-24, at approx 1700 hrs,
she texted me a medical excuse to be off
work from 6-27-24 thru 7-11-24. She was scheduled
to be in at 1600 on this date. This will make
approx 11 weeks Captain Cornett has taken off.
City policy dictates that employees tardy more
than 2 times within a 30 day period shall be
subject to disciplinary policy.

d    Employee's suggestions for improvement:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

e.   Supervisor's suggestions for improvement:

Captain Cornett has basically quit work and
should be fired, she is a detriment to this
agency

_____
_____
_____
_____
_____
_____
_____

Supervisor's name _William Willis_ signature _William Willis_

STATEMENT OF ACKNOWLEDGEMENT

I _____ acknowledge that I have today received counseling that I have been advised of the following rights:

1. That a written record of reprimand/counseling shall be maintained;
2. That the employee had a right to review the record and respond in writing;
3. That the form shall become part of the personnel file;
4. That the employee is required to acknowledge the reprimand/counseling by signing this record.

g  Employee signature: _____



**Reprimand/Counseling Memorandum**



City Manager Tony Eversole

TO: ~~Hazard Police Department Chief of Police~~

FROM: Darren Williams

DATE: 7-1-24

SUBJECT: Reprimand/Counseling

a) Employee's name: Tessica Cornett

b) Date: _____

c) Reason for reprimand/counseling:

Captain Tessica Cornett violated the city employee policy on outside employment when she failed to obtain written approval for outside employment

d. Employee's suggestions for improvement:

_____

_____

_____

_____

_____

_____

_____

_____

_____

e. Supervisor's suggestions for improvement:

Captain Cornett should be fired.

_____

_____

_____

_____

_____

_____

_____

_____

f. Supervisor's name: Darren Williams signature _____

~Reprimand/Counseling Memorandum~
HPD Form 17A
01/07

Page 2 of 3

STATEMENT OF ACKNOWLEDGEMENT

I _____ acknowledge that I have today received counseling that I have been advised of the following rights:

1. That a written record of reprimand/counseling shall be maintained;
2. That the employee had a right to review the record and respond in writing;
3. That the form shall become part of the personnel file;
4. That the employee is required to acknowledge the reprimand/counseling by signing this record.

Employee signature: _____



## Reprimand/Counseling Memorandum



City manager Tony Eversole

TO: ~~Hazard Police Department Chief of Police~~

FROM: Darren Williams

DATE: 7-1-24

SUBJECT: Reprimand/Counseling

a. Employee's name: Jessica Cornett

b. Date: 7-1-24

c. Reason for reprimand/counseling:

Captain Cornett has been performing background
checks on people who apply for employment thru
her second job at a security company. Our
policy is to perform background checks only on
prospective city employees.

~Reprimand/Counseling Memorandum~
HPD Form 17A
01/07

Page 1 of 3

d.  Employee's suggestions for improvement:

e.  Supervisor's suggestions for improvement: ·

Captain Cornett should be dismissed

f.  Supervisor's name: Daired Williams signature Dan Will

STATEMENT OF ACKNOWLEDGEMENT

I _____ acknowledge that I have today received counseling that I have been advised of the following rights:

1. That a written record of reprimand/counseling shall be maintained;
2. That the employee had a right to review the record and respond in writing;
3. That the form shall become part of the personnel file;
4. That the employee is required to acknowledge the reprimand/counseling by signing this record.

g. Employee signature: _____