## Hazard Police Department
## Employee Disciplinary Notice

Please Print

Employee Name  Jessica Cornett
Shift  night                                Date of Warning __/__/__

### Type of Violation

- [x] Attendance
- [ ] Carelessness
- [ ] Insubordination
- [ ] Lateness or Early Quit
- [ ] Failure to Follow Instructions
- [ ] Violation of Safety Rules
- [ ] Rudeness to Employees or Customers
- [ ] Willful Damage to Material or Equipment
- [ ] Working on Personal Matter
- [ ] Unsatisfactory Work Quality
- [ ] Violation of Policies or Procedures
- [ ] Other

### Previous Warnings

|  | VERBAL | WRITTEN | DATE | BY WHOM |
|---|---|---|---|---|
| 1st Warning |  |  |  |  |
| 2nd Warning |  |  |  |  |
| 3rd Warning |  |  |  |  |

**Employer Statement**  Date __/__/__   Time __:__ hrs.

Captain Cornett called in sick to work and then came to a bar B Q

Employee Signature  [signature]   Date: 5/24/24

**Employee Statement**  Date __/__/__   Time __:__ hrs.

Employee Signature                              Date: __/__/__

Action to be taken: ☐ Warning  ☐ Probation  ☒ Suspension  ☐ Dismissal  ☐ Other
1 week w/o pay

I have read this Employee Disciplinary Notice and understand it:

Signature of Employee                              __/__/__

Signature of Supervisor who Issued Warning  [signature]   5/24/24
Routing

**EXHIBIT 4**

~Employee Disciplinary Notice~
HPD Form 17B