# Hazard Police Department
## Employee Disciplinary Notice

Please Print

Employee Name  Jessica Cornett
Shift  night                                    Date of Warning ___/___/___

### Type of Violation

- [ ] Attendance
- [ ] Carelessness
- [ ] Insubordination
- [ ] Lateness or Early Quit
- [ ] Failure to Follow Instructions
- [ ] Violation of Safety Rules
- [ ] Rudeness to Employees or Customers
- [ ] Willful Damage to Material or Equipment
- [ ] Working on Personal Matter
- [ ] Unsatisfactory Work Quality
- [x] Violation of Policies or Procedures
- [ ] Other

### Previous Warnings

|  | VERBAL | WRITTEN | DATE | BY WHOM |
|---|---|---|---|---|
| 1st Warning |  |  |  |  |
| 2nd Warning |  |  |  |  |
| 3rd Warning |  |  |  |  |

**Employer Statement**  Date 6/1/24  Time ___:___ hrs.

Captain Cornett is a substandard employee. I recommend she be fired.

Employee Signature _____  Date: ___/___/___

**Employee Statement**  Date ___/___  Time ___:___ hrs.

Employee Signature _____  Date: ___/___/___

Action to be taken: [ ] Warning  [ ] Probation  [ ] Suspension  [x] Dismissal  [ ] Other

I have read this Employee Disciplinary Notice and understand it:

Signature of Employee _____  ___/___/___

Signature of Supervisor who Issued Warning  Da Willi   6/1/24

Routing

~Employee Disciplinary Notice~
HPD Form 17B

**EXHIBIT 5**