# Hazard Police Department
## Employee Disciplinary Notice

Please Print

Employee Name: Jessica Cornett
Shift: night
Date of Warning: __/__/__

### Type of Violation

- [ ] Attendance
- [x] Carelessness
- [ ] Insubordination
- [ ] Lateness or Early Quit
- [x] Failure to Follow Instructions
- [ ] Violation of Safety Rules
- [ ] Rudeness to Employees or Customers
- [ ] Willful Damage to Material or Equipment
- [ ] Working on Personal Matter
- [x] Unsatisfactory Work Quality
- [x] Violation of Policies or Procedures
- [x] Other: mishandling evidence

### Previous Warnings

|  | VERBAL | WRITTEN | DATE | BY WHOM |
|---|---|---|---|---|
| 1st Warning |  |  |  |  |
| 2nd Warning |  |  |  |  |
| 3rd Warning |  |  |  |  |

**Employer Statement** Date 6/13/24 Time __:__ hrs.

Captain Cornett has once again failed to follow orders and failed to perform her duty

Employee Signature: [signature] Date: 6/13/24

**Employee Statement** Date __/__/__ Time __:__ hrs.

Employee Signature: Date: __/__/__

Action to be taken: [ ] Warning  [ ] Probation  [ ] Suspension  [x] Dismissal  [ ] Other

I have read this Employee Disciplinary Notice and understand it:

Signature of Employee: __/__/__

Signature of Supervisor who Issued Warning: [signature] 6/13/24
Routing

~Employee Disciplinary Notice~
HPD Form 17B

**EXHIBIT 6**