# UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF KENTUCKY

### LONDON DIVISION

| | |
|---|---|
| **JESSICA L. CORNETT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CITY OF HAZARD, KENTUCKY**, *et al.*<br><br>*Defendants*. | Case No. 6:24-cv-00171-CHB-HAI<br><br>**NOTICE OF FILING** |

Comes Plaintiff, Jessica L. Cornett, through undersigned counsel, pursuant to Rule 4(b) of the Federal Rules of Civil Procedure, and hereby presents the enclosed summonses to the Clerk of this Court for signature and seal. Plaintiff respectfully requests issuance of the enclosed summonses to the undersigned counsel for service upon Defendants, City of Hazard, Kentucky, Darren Williams, and Tony Eversole.

Respectfully submitted,

**MATTMILLER CROSBIE, PLLC**

*/s/ Nicholas A. Oleson*
_____
Scott A. Crosbie
Nicholas A. Oleson
Katherine A. Bennett
201 East Main Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 287-2400
Facsimile: (859) 287-2401
scrosbie@mattmillercrosbie.com
noleson@mattmillercrosbie.com
kbennett@mattmillercrosbie.com
*COUNSEL FOR PLAINTIFF*
*JESSICA L. CORNETT*

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| Jessica L. Cornett <br><br> *Plaintiff(s)* <br> v. <br> City of Hazard, Ky., Darren Williams, in his individual capacity, and in his official capacity as the chief of police, and Tony Eversole, in his individual capacity, and in his official capacity as the city manager. <br><br> *Defendant(s)* | Civil Action No. 6:24-cv-00171-CHB-HAI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Hazard, Kentucky
c/o Donald "Happy" Mobelini, Mayor
Hazard City Hall
700 Main Street
Hazard, Kentucky 41701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A. Crosbie, Nicholas A. Oleson, and Katherine A. Bennett
Mattmiller Crosbie, PLLC
201 East Main Street, Suite 800
Lexington, Kentucky 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-00171-CHB-HAI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▼

| | | |
|---|---|---|
| Jessica L. Cornett | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 6:24-cv-00171-CHB-HAI |
| City of Hazard, Ky., Darren Williams, in his individual capacity, and in his official capacity as the chief of police, and Tony Eversole, in his individual capacity, and in his official capacity as the city manager. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Darren Williams
Hazard Police Department
200 Main Street
Hazard, Kentucky 41701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott A. Crosbie, Nicholas A. Oleson, and Katherine A. Bennett
Mattmiller Crosbie, PLLC
201 East Main Street, Suite 800
Lexington, Kentucky 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-00171-CHB-HAI

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▼

| | | |
|---|---|---|
| Jessica L. Cornett | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 6:24-cv-00171-CHB-HAI |
| City of Hazard, Ky., Darren Williams, in his individual capacity, and in his official capacity as the chief of police, and Tony Eversole, in his individual capacity, and in his official capacity as the city manager. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tony Eversole
Hazard City Hall
700 Main Street
Hazard, Kentucky 41701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott A. Crosbie, Nicholas A. Oleson, and Katherine A. Bennett
Mattmiller Crosbie, PLLC
201 East Main Street, Suite 800
Lexington, Kentucky 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-00171-CHB-HAI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: